GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Attorney for WINN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KEVIN WINN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:13-cr-00295-GMN-PAL <br><br> REQUEST TO SET MOTION DEADLINE |

### REQUEST TO SET MOTION DEADLINE

COMES NOW, the Defendant, KEVIN WINN, (WINN), by and through his attorney of record, GABRIEL L. GRASSO, ESQ., moves this Court to Set Motion Deadline within 20 days of signing this request. This request is made and based upon the papers and pleadings on file herein, together with the arguments of counsel attached hereto.

DATED this 8th day of April, 2014.

By: _____/s/_____
GABRIEL L. GRASSO, Esq.
Gabriel L. Grasso, P.C.
Nevada State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, NV 89134
(702) 868-8866
Attorney for WINN

**REQUEST**

1. On January 17, 2014, this Court approved the Parties Second Stipulation to Continue Motion Deadline, Calendar Call, and Trial Date (Document #25).

2. The defense prepared the subject stipulation and inadvertently left out the portion of the Court Order which left a space for the Court to indicate a motion deadline.

3. The Stipulation was granted as to the Calendar Call and Trial Date, however, no motion deadline is listed due to the above mentioned omission.

4. The defense requests this court set a motion deadline which is associated with the previously granted second stipulation to continue no earlier than 20 days from the signing of this Order, or on any other date convenient to the Court.

DATED this 8th day of April, 2014.

By: _____/s/_____
GABRIEL L. GRASSO, Esq.
Gabriel L. Grasso, P.C.
Nevada State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, NV 89134
(702) 868-8866
Attorney for WINN

**ORDR**
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Attorney for WINN

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>                   Plaintiff,            )<br>                                                         )<br>vs.                                                  )<br>                                                         )<br>KEVIN WINN,                                )<br>                                                         )<br>                   Defendant.         )<br>_____) | Case No.:    2:13-cr-00295-GMN-PAL<br><br>REQUEST TO SET MOTION DEADLINE |

### ORDER

**IT IS ORDERED** that motions shall be submitted to the Court by April 21, 2014, at the hour of 4:00 p.m.

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/08/2014**