**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:13-cr-00295-GMN-PAL |
| ) | |
| vs. ) | **AMENDED ORDER** |
| ) | |
| KEVIN BANG WINN, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court on Defendant's Motion to Travel (#53), filed on December 29, 2014.  As with his prior requests, Defendant seeks modification of his pretrial release conditions to permit him to travel for his employment.  Good cause appearing, the motion will be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Travel (#53) is **granted**. Defendant is permitted to travel to Zurich, Switzerland during January 2015 and one time per month thereafter solely for employment purposes.  Defendant must submit a complete travel itinerary as directed by Pretrial Services prior to any travel.  Defendant shall further be required to report to Pretrial Services and surrender his passport within twenty-four hours after completion of travel.

DATED: January 6, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**