# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:13-CR-295-GMN-(PAL) |
| KEVIN BANG WINN, | ) ) | |
| Defendant. | ) ) | |

**ORDER OF FORFEITURE**

This Court finds that on May 4, 2015, defendant KEVIN BANG WINN pled guilty to Counts One and Nine of an Eleven-Count Indictment charging him in Counts One and Nine with Health Care Fraud - Medicare in violation of Title 18, United States Code, Section 1347. Indictment, ECF No. 1; Plea Agreement, ECF No. 62; Change of Plea, ECF No. 61.

This Court finds defendant KEVIN BANG WINN agreed to the imposition of the in personam criminal forfeiture money judgment of $640,000 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegations in the Indictment. Indictment, ECF No. 1; Plea Agreement, ECF No. 62; Change of Plea, ECF No. 61.

This Court finds that KEVIN BANG WINN shall pay a criminal forfeiture money judgment of $640,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KEVIN BANG WINN a criminal forfeiture money judgment in the amount of $640,000 in United States Currency.

**DATED** this 9th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individual was served with a copy of the Order of Forfeiture on May 4, 2015, by the below identified method of service:

CM/ECF:

Gabriel L. Grasso
Gabriel L. Grasso, P.C.
9525 Hillwood Drive, Ste. 190
Las Vegas, NV 89134
Email: gabriel@grassodefense.com
*Counsel for Kevin Bang Winn*

*/s/Michelle C. Lewis*
MICHELLE C. LEWIS
Paralegal Specialist

3