

1

2

3

4

5

6              **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,            )
                                          )
9                    Plaintiff,           )
                                          )
10          v.                            )    2:13-CR-295-GMN-(PAL)
                                          )
11   KEVIN BANG WINN,                     )
                                          )
12                   Defendant.           )

13                  **FINAL ORDER OF FORFEITURE**

14         This Court found that KEVIN BANG WINN shall pay the criminal forfeiture money judgment

15   of $640,000 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18,

16   United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18,

17   United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p).  Indictment,

18   ECF No. 1; Change of Plea, ECF No. 61; Plea Memorandum, ECF No. 62; Order of Forfeiture, ECF

19   No. 63.

20         THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

21   States recover from KEVIN BANG WINN the criminal forfeiture money judgment in the amount of

22   $640,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

23   / / /

24   / / /

25   / / /

26   / / /

United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p).

DATED this ___ day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE