GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Attorney for WINN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KEVIN WINN, )<br>)<br>Defendant. )<br>_____ ) | Case No.:   2:13-cr-0295-GMN-PAL<br><br>NOTICE OF APPEAL |

NOTICE is hereby given that defendant, KEVIN WINN, hereby appeals to the Court of Appeals for the Ninth Circuit from the District Court's Order (#50) denying his Motion to Dismiss (#32) entered in this action on the 14th day of November, 2014.  This notice is timely filed within 14 days of the date of the Judgment of Conviction (#68) filed on the 10th day of August, 2015.

Dated this 20th day of August, 2015.

Respectfully submitted,

　　　　　　　　　　　　　 /s/  Gabriel L. Grasso　　　
　　　　　　　　　　　　　Gabriel L. Grasso, Esq.
　　　　　　　　　　　　　Counsel for WINN

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2015, I served the foregoing Defendant's Notice of Appeal by transmitting a true and correct copy thereof, via electronic filing pursuant to local rule to the government and other counsel in this matter.

                                                  */s/ Mary Jo Fata*
                                                  Mary Jo Fata
                                                  Employee of GABRIEL L. GRASSO, ESQ.